# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Mark Fino,

        Plaintiff,

v.

Bureau of Collection Recovery, LLC; and DOES 1-10, inclusive,

        Defendant.

Civil Action No.: 1:11-cv-02299-RDB

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Mark Fino ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 30, 2012

    Respectfully submitted,
    By /s/ Forrest E. Mays
    Forrest E. Mays (Bar No. 07510)
    1783 Forest Drive, Suite 109
    Annapolis, MD 21401
    Telephone: (410) 267-6297
    Facsimile: (410) 267-6234
    Email: mayslaw@mac.com

    Of Counsel To
    LEMBERG & ASSOCIATES L.L.C.
    A Connecticut Law Firm
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    ATTORNEYS FOR PLAINTIFF

Request GRANTED This 30th Day of March, 2012.

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge